IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50759
Conference Calendar
_____

FRANK SANCHEZ,

                                        Plaintiff-Appellant,

versus

TEXAS BOARD OF PARDONS & PAROLES;
BRUCE BENKE, District Officer;
FRANK DEMORE, Hearings Officer,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-95-CV-741
- - - - - - - - - -
March 1, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Frank Sanchez appeals from the district court's dismissal of his civil rights complaint as frivolous pursuant to 28 U.S.C. § 1915(d).  We have reviewed the record and the district court's opinion and discern no reversible error.  The appeal is frivolous and therefore is DISMISSED.  See 5th Cir. R. 42.2.  We caution Sanchez that any additional frivolous appeals filed by him will invite the imposition of sanctions.  To avoid sanctions, Sanchez

---

    [*]  Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

is further cautioned to review all pending appeals to ensure that they do not raise arguments that are frivolous because they have been previously decided by this court.

APPEAL DISMISSED.